## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CARMEN ORBEGOSO and JENNIFER ROGERS, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPROUT SOCIAL, INC.,<br><br>Defendant. | Civil Action No. 1:21-cv-03928 |

### PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT UNDER THE FAIR LABOR STANDARDS ACT, FOR APPOINTMENT OF SETTLEMENT ADMINISTRATOR, FOR APPROVAL OF SERVICE AWARD, AND FOR APPROVAL OF ATTORNEYS' FEES AND COSTS

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Approval of Settlement under the Fair Labor Standards Act, for Appointment of Settlement Administrator, for Approval of Service Awards, and for Approval of Attorneys' Fees and Costs, the Declaration of Maureen A. Salas in Support of Plaintiffs' Motion, and the supporting exhibits, Plaintiffs respectfully request that the Court grant their Motion. Defendant does not oppose this motion and a proposed Order is attached as Exhibit B to the Declaration of Maureen A. Salas.

Dated: July 23, 2021

Respectfully submitted,

/s/Maureen A. Salas
One of the Attorneys for Plaintiff

Maureen A. Salas – msalas@flsalaw.com
Werman Salas P.C.
77 W. Washington Street
Suite 1402
Chicago, Illinois 60602
Telephone: (312) 419-1008